IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| **AMY MORRIS,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No.: 3:22-cv-00931 |
| | ) |
| **ReVIDA RECOVERY CENTERS, LLC,** | ) JUDGE TRAUGER |
| | ) |
| Defendant. | ) |

## JOINT MOTION TO STAY
## PENDING MEDIATION

Plaintiff Amy Morris ("Morris") and Defendant ReVIDA Recovery Centers, LLC ("ReVIDA") (collectively, the "Parties"), by and through their undersigned counsel, hereby jointly move to stay proceedings in this matter pending mediation. In support of this Motion, the Parties state as follows:

1. On September 8, 2023, Plaintiff requested an extension to produce Plaintiff's Discovery Responses.

2. On September 8, 2023, Defendant granted Plaintiff a two week extension to produce Plaintiff's Discovery Responses from September 1, 2023 to September 15, 2023.

3. On September 8, 2023 the Parties agreed on a date for private mediation to be held on October 30, 2023 before The Hon. Gerald Bruce Lee (Retired Judge, U.S. District Court for EDVA).

In order to allow additional time for such mediation discussions and to save expense and avoid missing any deadlines, the Parties jointly move for a stay in this matter pending mediation.

The Parties respectfully request the Court grant their Joint Motion to Stay Proceedings, stay the above-captioned matter, and set a date in mid-November 2023 convenient to the Parties

and to the Court for a telephonic status conference the purpose of which would be to advise the Court on the outcome of mediation and to establish a new schedule, if necessary.

Respectfully submitted,

/s/ *Adam Augustine Carter*
R. Scott Oswald, Esq. (*pro hac vice*)
Adam Augustine Carter, Esq. (*pro hac vice*)
The Employment Law Group, P.C.
 1717 K Street, Ste. 1110
Washington, DC 20006
(202) 261-2803
(202) 261-2835 (facsimile)
soswald@employmentlawgroup.com
acarter@employmentlawgroup.com
*Counsel for Plaintiff*


*/s/Samantha Gerken*_____
Samantha Gerken, BPR 033582
Heather Gwinn, BPR 25931
4031 Aspen Grove Drive, Suite 290
Franklin, Tennessee 37067
Phone: (615) 772-9010
sgerken@grsm.com
hgwinn@grsm.com
*Counsel for Defendant*

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on September 15, 2023, a true and correct copy of the foregoing document was served electronically on all counsel of record, whom are indicated below, by CM/ECF:

Alan G. Crone, Esq.
Jennifer B. Mitchell, Esq.
The Crone Law Firm, PLC
88 Union Avenue, 14th Floor
Memphis, Tennessee 38103
acrone@cronelawfirmplc.com
jmitchell@cronelawfirmplc.com


Adam Augustine Carter
R. Scott Oswald, Esq. (*pro hac vice*)
Adam Augustine Carter, Esq. (*pro hac vice*)
The Employment Law Group, P.C.
1717 K Street, Ste. 1110
Washington, DC 20006
soswald@employmentlawgroup.com
acarter@employmentlawgroup.com

*Counsel for Plaintiff*

                __*Heather M. Bruno*_____
                Heather M. Bruno for Gordon Rees Scully Mansukhani