> Motion GRANTED.
> *[Signature]*

# IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | |
|---|---|
| AMY MORRIS, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No.: 3:22-cv-00931 |
| | ) |
| ReVIDA RECOVERY CENTERS, LLC, | ) JUDGE TRAUGER |
| | ) |
|     Defendant. | ) |

## JOINT MOTION FOR ENTRY OF
## PROPOSED JOINT AMENDED CASE MANAGEMENT ORDER
## AND LIFTED STAY

Plaintiff Amy Morris ("Morris") and Defendant ReVIDA Recovery Centers, LLC ("ReVIDA") (collectively, the "Parties"), by and through their undersigned counsel, hereby jointly request the stay granted in Docket Entry No. 44 be lifted and request this Court's entry of the enclosed Proposed Joint Amended Case Management Order. The Proposed Order reflects the dates discussed and agreed on the telephonic status conference held on November 3, 2023, with this Court and counsel. (Docket Entry No. 46).

Respectfully submitted,

*/s/Samantha Gerken*
Samantha Gerken, BPR 033582
Heather Gwinn, BPR 25931
Gordon Rees Scully Mansukhani
4031 Aspen Grove Drive, Suite 290
Franklin, Tennessee 37067
Phone: (615) 772-9010
Fax: (615) 970-7490
sgerken@grsm.com
hgwinn@grsm.com
*Counsel for Defendant*