# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| AMY MORRIS,<br><br>Plaintiff,<br><br>v.<br><br>REVIDA RECOVERY CENTERS, LLC,<br><br>Defendant. | CIVIL ACTION NO. 3:22-CV-00931<br>JURY DEMAND |

## AMENDED CASE MANAGEMENT ORDER

The stay granted in Docket Entry No. 44 is hereby **LIFTED**.

The Court's Initial Case Management Order is amended with the following changes:

**6. DISCOVERY:** The parties shall complete all written discovery and depose all fact witnesses on or before **April 30, 2024**.

**9. DEPOSITIONS OF EXPERT WITNESSES:** The parties shall depose all expert witnesses within 30 days after any motion for summary judgment has been decided by the Court.

**10. JOINT MEDIATION REPORT:** The parties shall file a joint mediation report on or before **December 4, 2023**.

**11. DISPOSITIVE MOTIONS:** The parties shall file all dispositive motions on or before **July 1, 2024**. Responses to dispositive motions shall be filed within twenty one (21) days after the filing of the motion. Optional replies may be filed within ten (10) days after the filing of the response. Briefs shall not exceed 20 pages (understanding that statements of fact and exhibits are filed separately).

**13. ESTIMATED TRIAL TIME:** The parties expect the trial to last approximately three to five (3-5) days. A trial date no earlier than November 1, 2024 is respectfully requested. During the telephonic status conference on November 3, 2023, this Court set trial for November 12, 2024 and a pre-trial conference for November 8, 2024 at 1:30PM.

It is so **ORDERED.**

_____
JUDGE ALETA A. TRAUGER
UNITED STATES DISTRICT JUDGE